**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6483**

_____

WILLIAM ALVA HEMMING,

        Plaintiff - Appellant,

    v.

C.O. B. HAWERD; C.O. J. KISH; C.O. C. BENETTE; HAZELTON FCI; DR. MYERS, Psychology,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00071-JPB-JPM)

_____

Submitted:  July 31, 2023                Decided:  November 9, 2023

_____

Before WYNN and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William Alva Hemming, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Alva Hemming appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm. *Hemming v. Hawerd*, No. 5:21-cv-00071-JPB-JPM (N.D.W. Va. Mar. 10, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*